UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JEFFERY HOWARD GIBSON,<br><br>            Defendant. | **INFORMATION**  CR07-441 PAM<br><br>(18 U.S.C. § 1030(a)(5)(A)(1)) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Intentional Damage to a Protected Computer System)

From in or about May 2006 to in or about August 2006, in Stearns County, in the State and District of Minnesota, the defendant,

**JEFFREY HOWARD GIBSON,**

did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, that is, computers of the St. Cloud Hospital, which were used in interstate commerce and communication, by entering commands that disabled a portion of the St. Cloud Hospital's computer-based training programs, and by such conduct caused St. Cloud Hospital to incur a loss during a one year period of at least $5,000 in costs to repair the damage.

All in violation of Title 18, United States Code, Section 1030(a)(5)(A)(I).

SCANNED
DEC 0 6 2007
U.S. DISTRICT COURT MPLS

FILED DEC 5 2007
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

U.S. v. Jeffery Howard Gibson

Respectfully submitted,

Dated: *December 5, 2007*

RACHEL K. PAULOSE
United States Attorney

BY:  Timothy C. Rank
Assistant U.S. Attorney
Attorney ID No. 245392