PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court
## for the
### DISTRICT OF MINNESOTA

**United States v. Jeffrey Howard Gibson**

**Docket No. 0:07CR00441-001(PAM)**

**Petition on Probation**

RECEIVED
AUG 28 2009
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jeffrey Howard Gibson** who was sentenced for Intentional Damage to a Protected Computer System on March 18, 2008, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

DNA

Provide financial information

No new debt/credit

Employment restrictions related to computers

Community service if not employed

120 hours of community service

Pay $28, 349 restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

STANDARD CONDITION #11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

SCANNED
SEP 01 2009
U.S. DISTRICT COURT ST. PAUL

Petition on Probation                                        RE: **Jeffrey Howard Gibson**
Page 2                                                       Docket No. 0:07CR00441-001(PAM)

On August 20, 2009, this officer discovered that the defendant had been arrested on May 14, 2009, by the Burnsville, Minnesota, Police Department for Domestic Assault-Commits Act to Cause Fear of Immediate Bodily Harm or Death. According to the police report, witnesses contacted the police department because the defendant was arguing with his wife. He twisted her wrist in an attempt to get a cell phone from her, and she fell to the floor. She suffered from bloody scratches on her wrist. The defendant was intoxicated, belligerent, and very uncooperative with the officers. He was arrested and booked at the Dakota County Jail in Hastings, Minnesota.

On May 20, 2009, he pled guilty to an amended count of Disorderly Conduct and a presentence report was ordered. Sentencing is scheduled for September 23, 2009.

The defendant did not tell this officer about his contact with law enforcement, his arrest, his guilty plea, or his impending sentencing date. He provided false statements on his written monthly reports.

> SPECIAL CONDITION J: The defendant shall perform 120 hours of community service, as approved by the probation officer.

On August 12, 2008, the defendant was directed by this officer to attend community service at Second Harvest Food Bank. He attended community service on three occasions, receiving credit for a total of 26 hours, and did not return.

On May 27, 2009, the defendant was directed to complete 10 hours of community service at Goodwill per month. He provided verification of 3 hours completed during June, no hours completed in July, and 3 hours completed for August (as of August 26, 2009).

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 28th day of August, 2009, and ordered filed and made a part of the records in the above case.

_____
Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Lisa L. Martinetto
Senior U.S. Probation Officer
Telephone: 651-848-1245

Executed on      August 27, 2009
Place            St. Paul

Approved:

_____
Diane M. Levendusky
Supervising U.S. Probation Officer